| PROB 22<br>(D\CO 01/03)  TRANSFER OF JURISDICTION | ☒ FILED ___ LODGED<br>___ RECEIVED ___ COPY<br><br>JUN 2 5 2013<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | DOCKET NUMBER<br>10-cr-00196-WYD-01<br>(Colorado) |
|---|---|---|
| | | DOCKET NUMBER<br>CR 13-50101 ROS<br>(Arizona) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>STEVEN DEHAVEN | DISTRICT<br>District of Colorado | DIVISION<br>Denver |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Wiley Y. Daniel | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>4/1/2013 | TO<br>3/31/2014 |

OFFENSE
AIDING IN THE PREPARATION OF A FALSE INCOME TAX RETURN

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| June 3, 2013 | s/ Marcia S. Krieger |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

| 6/24/13 | [signature] |
|---|---|
| Effective Date | United States District Judge |